AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Cutter, LLC<br>1391 Milltown Road<br>Lewisburg, TN 37091<br><br>*Plaintiff(s)*<br>v.<br>Capitol Payment Systems, Inc.<br>3254 Breckenridge Way<br>Riva, MD 21140<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 1:26-cv-00348 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Capitol Payment Systems, Inc.
3254 Breckenridge Way
Riva, MD 21140
Server on Resident Agent:
ROBERT SCHOENBAUER
3254 BRECKENRIDGE WAY
RIVA MD 21140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin G. Hroblak
Aaron Nichols
Ice Miller LLP
100 Light Street, Suite 2700
Baltimore, MD 21202
(410) 951-5874
Kevin.Hroblak@icemiller.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/30/2026

Signature of Clerk or Deputy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00348

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: